SHORT RECORD
Appeal No. 21-1279
Filed 2.16.2021

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

                                      Case No. 19-cr-25-wmc

ALEXANDER KAWLESKI,

       Defendant.

## NOTICE OF APPEAL

Alexander Kawleski, by counsel, hereby gives notice pursuant to FED. R. APP. P. 3(c) and 4(b)(1)(A), that he appeals the judgment of conviction entered on February 2, 2021, in the United States District Court for the Western District of Wisconsin, the Honorable William M. Conley. Mr. Kawleski takes this appeal to the United States Court of Appeals for the Seventh Circuit.

With this notice of appeal, Mr. Kawleski also files the docketing statement required by CIRCUIT RULE 3 (7th Cir.) combined with a CIRCUIT RULE 26.1 disclosure statement. Mr. Kawleski proceeds *in forma pauperis* on appeal, as counsel in the United States District Court was appointed under the Criminal Justice Act of 1964, and Mr. Kawleski's financial circumstances have not meaningfully changed. FED. R. APP. P. 24(a)(3).

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated at Madison, Wisconsin, February 16, 2021.

Respectfully submitted,
Alexander Kawleski, Defendant

*/s/ Joseph A. Bugni*
Joseph A. Bugni

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Joseph_bugni@fd.org

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

     v.                           Case No. 19-cr-25-wmc

ALEXANDER KAWLESKI,

       Defendant.

## DEFENDANT'S DOCKETING STATEMENT
## AND DISCLOSURE STATEMENT

Alexander Kawleski, by counsel, files this docketing statement pursuant to CIRCUIT RULES 3(c)(1) and 28(a) (7th Cir.). He files his notice of appeal simultaneously. Mr. Kawleski also includes here his CIRCUIT RULE 26.1 (7th Cir.) disclosure statement.

1.      The United States District Court had jurisdiction over this federal criminal case under 18 U.S.C. §§ 2251(a) and (e), and §§ 2252(a)(4)(B) and (b)(2).

2.      The defendant-appellant is a natural person, and no party is a corporation.

3.      This is a direct appeal from a judgment of conviction. The United States Court of Appeals for the Seventh Circuit enjoys jurisdiction under 28 U.S.C. § 1291 and 18 U.S.C. § 3742.

4.      The judgment of conviction that Mr. Kawaleski appeals was imposed on January 28, 2021 and entered February 2, 2021.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

5.      The notice of appeal is filed with this docketing statement on February 16, 2021.

6.      There was no prior litigation in the district court arising out of the same transaction or designated by the district court as satisfying the criteria of 28 U.S.C. § 1915(g).

7.      Pursuant to CIRCUIT RULE 26.1 (7th Cir.), counsel notes that Attorney Joseph A. Bugni and the law firm of Federal Defender Services of Wisconsin, Inc., appeared for the defendant-appellant in this matter in the United States District Court, and only Federal Defender Services of Wisconsin, Inc., is expected to appear for defendant-appellant in the United States Court of Appeals for the Seventh Circuit.

Dated at Madison, Wisconsin, this 16th day of February, 2021.

Respectfully submitted,
Alexander Kawleski, Defendant

 /s/ Joseph A. Bugni
Joseph A. Bugni

FEDERAL DEFENDER SERVICES
  OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Joseph_bugni@fd.org

|  | DEFENDANT: ALEXANDER W. KAWLESKI | |
|---|---|---|
| AO 245 B (Rev. 3/01)(N.H. Rev.) | CASE NUMBER: 0758 3:19CR00025-001 | Judgment - Page 1 |

# United States District Court
## Western District of Wisconsin

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (for offenses committed on or after November 1, 1987) |

| V. | **Case Number:** | 0758 3:19CR00025-001 |
|---|---|---|
| Alexander W. Kawleski | **Defendant's Attorney:** | Joseph Bugni |

Defendant, Alexander W. Kawleski, was found guilty of Counts 1 and 16 of the superseding indictment.

Counts 2 through 15 of the superseding indictment are dismissed per the Court's judgment of acquittal.

Defendant has been advised of his right to appeal.

**ACCORDINGLY**, defendant is adjudicated guilty of the following offense(s):

| Title & Sections | Nature of Offenses | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2251(a) and 18 U.S.C. § 2251(e) | Production of Child Pornography, Class B felony | April 6, 2013 | 1 |
| 18 U.S.C. § 2252(a)(4)(B) and 18 U.S.C. § 2252(b)(2) | Possession of Child Pornography, Class C felony | January 24, 2019 | 16 |

Defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, defendant shall notify the court and United States Attorney of any material change in defendant's economic circumstances.

| | |
|---|---|
| **Defendant's Date of Birth:** ▬▬▬ 1976 | January 28, 2021 |
| **Defendant's USM No.:** 11504-090 | Date of Imposition of Judgment |
| **Defendant's Residence Address:** ▬▬▬ Wisconsin Rapids, WI  54495 | /s/ James D. Peterson |
| **Defendant's Mailing Address:** c/o Dane County Jail 115 West Doty Street Madison, WI  53703 | James D. Peterson District Judge |
| | February 2, 2021 |
| | Date Signed: |

AO 245 B (Rev. 3/01)(N.H. Rev.)
DEFENDANT:    ALEXANDER W. KAWLESKI
CASE NUMBER:    0758 3:19CR00025-001
Judgment - Page 2

# IMPRISONMENT

As to Count 1 of the superseding indictment, it is adjudged that defendant is committed to the custody of the Bureau of Prisons for a term of 18 years. As to Count 16 of the superseding indictment, it is adjudged that defendant is committed to the custody of the Bureau of Prisons for a term of 10 years, to run concurrently to the term imposed on Count 1.

I recommend that defendant receive: vocational training; a mental health evaluation and appropriate treatment; sex offender treatment; a substance abuse evaluation and appropriate treatment, including RDAP.   I recommend that he be placed at an institution as close as possible to his family that is consistent with his programming and security needs.

I also recommend defendant be afforded prerelease placement in a residential reentry center with work release privileges.

The U.S. Probation Office is to notify local law enforcement agencies, and the state attorney general, of defendant's release to the community.

## RETURN

**I have executed this judgment as follows:**

_____

_____

_____

Defendant delivered on  _____  to  _____

at  _____, with a certified copy of this judgment.

_____
United States Marshal

By  _____
Deputy Marshal

# SUPERVISED RELEASE

The term of imprisonment is to be followed by a 20-year term of supervised release, imposed on each count, to run concurrently.   Considering the nature of the offense and defendant's personal history, I adopt condition numbers **1 through 24** as proposed and justified in the presentence report. Defendant will also be subject to the mandatory conditions of supervision.

If, when defendant is released from confinement to begin his term of supervised release, either defendant or the supervising probation officer believes that any of the conditions imposed today are no longer appropriate, either one may petition the Court for review.

Condition 17 was revised to include language allowing for defendant to seek permission from the Court or supervising probation officer to possess any visual or audio recording device. This revision appropriately addresses defendant's concern as well as the risks and needs in his case.

---

Defendant is to abide by the statutory mandatory conditions.

### Statutory Mandatory Conditions

Defendant shall not commit another federal, state, or local crime. [Note: Any defendant that has been convicted of a felony offense, or is a prohibited person, shall not possess a firearm, ammunition, or destructive device pursuant to 18 U.S.C. §§ 921 and 922.]

Defendant shall not illegally possess a controlled substance. Defendant is subject to drug testing according to 18 U.S.C. § 3583(d) based on his substance abuse history. Drug testing is addressed in condition 24.

Defendant shall cooperate with the collection of DNA by the U.S. Justice Department and/or the U.S. Probation and Pretrial Services Office as required by Public Law 108-405.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Financial Penalties sheet of this judgment.

---

Defendant shall comply with the standard and special conditions that have been adopted by this court.

### Standard Conditions of Supervision

1)   Defendant shall not knowingly leave the judicial district in which defendant is being supervised without the permission of the Court or probation officer;

2)   Defendant is to report to the probation office as directed by the Court or probation officer and shall submit a complete written report within the first five days of each month, answer inquiries by the probation officer, and follow the officer's instructions.   The monthly report and the answer to inquiries shall be truthful in all respects unless a fully truthful statement would tend to incriminate defendant, in violation of defendant's constitutional rights, in which case defendant has the right to remain silent;

3)   Defendant shall maintain lawful employment, seek lawful employment, or enroll and participate in a course of study or vocational training that will equip defendant for suitable employment, unless excused by the probation officer or the Court;

DEFENDANT:   ALEXANDER W. KAWLESKI
AO 245 B (Rev. 3/01)(N.H. Rev.)              CASE NUMBER:   0758 3:19CR00025-001                    Judgment - Page 4

4)   Defendant shall notify the probation officer within seventy-two hours of any change in residence, employer, or any change in job classification;

5)   Defendant shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.   Defendant shall not use any product containing cannabidiol (CBD) or tetrahydrocannabinol (THC), except as prescribed by a physician.

6)   Defendant shall not visit places where defendant knows or has reason to believe controlled substances are illegally sold, used, distributed, or administered;

7)   Defendant shall not meet, communicate, or spend time with any persons defendant knows to be engaged in criminal activity or planning to engage in criminal activity;

8)   Defendant shall permit a probation officer to visit defendant at home, work, or at some other mutually convenient location designated by the probation officer at any reasonable time and shall permit confiscation of any contraband observed in plain view by the probation officer;

9)   Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

10)   Defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;

11)   Defendant shall report to the probation office in the district to which defendant is released within 72 hours of release from the custody of the Bureau of Prisons, unless instructed by a U.S. probation officer to report within a different time frame; and

12)   Defendant shall not possess a firearm, ammunition, destructive device, or dangerous weapon.

**Special Conditions of Release**

13) Defendant must allow the supervising U.S. Probation Officer to notify defendant's employers, friends, family, community organizations, and educational and volunteer agencies, where minors reside or regularly spend time, of the risks associated with defendant's criminal history involving a sex offense against a minor.

14) Provide the supervising U.S. probation officer any and all requested financial information, including copies of state and federal tax returns.

15) Submit person, property, residence, papers, vehicle, computers [as defined in 18 U.S.C. § 1030(e)(1), or other electronic communications, data storage device, or media], or office to a search conducted by a U.S. Probation Officer at a reasonable time and manner, whenever the probation officer has reasonable suspicion of contraband or of the violation of a condition of release relating to substance abuse or illegal activities; failure to submit to a search may be a ground for revocation; defendant shall warn any other residents that the premises defendant is occupying may be subject to searches pursuant to this condition.

16) Defendant shall provide the supervising U.S. Probation Officer advance notification of any devices associated with or falling within the general category of information technology (IT) that produce, manipulate, store, communicate or disseminate information used by defendant. This includes external and portable hard drives. The probation office is authorized to install applications to monitor any such devices owned or operated by defendant. Defendant is required to comply with the monitoring agreement and may not disable or circumvent any applications. Defendant shall consent to and cooperate with unannounced examinations of any technological equipment owned or used by defendant, including but not limited to retrieval and copying of all data from all information technology devices and any internal or external peripherals based on reasonable suspicion of contraband or illegal activity. The examinations may involve removal of such equipment for the purpose of conducting examination.

17) Not possess any visual or audio recording devices without the permission of the Court or supervising probation officer.

18) Not possess any depictions of sexually explicit conduct of minors as defined in 18 U.S.C. § 2256(8).

19) As approved by the supervising U.S. Probation Officer, undergo psychosexual evaluations which may involve use of polygraph examinations. Defendant shall participate in an outpatient sex offender counseling program if recommended by the evaluator, which may involve the continued use of polygraph examinations. Defendant's answers to questions by the treatment provider, probation officer and polygraph examiner shall be truthful in all respects unless a fully truthful statement would tend to incriminate defendant, in violation of defendant's constitutional rights, in which case defendant has the right to remain silent. Defendant shall follow all treatment requirements and restrictions. If defendant is eligible for funding from any source to cover the cost of treatment, defendant is to make reasonable efforts to obtain such funding. Participation in treatment does not require payment by defendant unless it is clear defendant can afford it. Defendant shall allow reciprocal release of information between the supervising U.S. Probation Officer and the treatment provider.

20) Not meet or spend time with any person under the age of 18 or have verbal, written, telephonic or electronic communication with any such person, except with the express permission of the minor's parent or legal guardian and the supervising U.S. Probation Officer. This provision does not include persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom defendant must deal in order to obtain ordinary and usual commercial services.

21) Not work in any occupation, business or profession, or participate in any volunteer activity where defendant has access to children under the age of 18 without the prior approval of the supervising U.S. probation officer.

22) Comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C §20913, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which defendant resides, works, is a student or was convicted of a qualifying offense.

23) Participate in mental health referral, assessment, and treatment as approved by the supervising U.S. Probation Officer and comply with all rules, regulations, and recommendations of the mental health agency or its representative to the extent approved by the supervising U.S. Probation Officer. If defendant is eligible for funding from any source to cover the cost of treatment, defendant is to make reasonable efforts to obtain such funding. Participation in treatment does not require payment by defendant unless it is clear defendant can afford it.

24) Participate in a substance abuse evaluation and recommended treatment. If defendant is eligible for funding from any source to cover the cost of treatment, defendant is to make reasonable efforts to obtain such funding. Participation in treatment does not require payment by defendant unless it is clear defendant can afford it. Defendant shall submit to drug testing beginning within 15 days of defendant's release and 60 drug tests annually thereafter. The probation office may utilize the Administrative Office of the U.S. Courts' phased collection process.

DEFENDANT:     ALEXANDER W. KAWLESKI
AO 245 B (Rev. 3/01)(N.H. Rev.)          CASE NUMBER:     0758 3:19CR00025-001                                                Judgment - Page 6

ACKNOWLEDGMENT OF CONDITIONS

I have read or have had read to me the conditions of supervision set forth in this judgment, and I fully understand them. I have been provided a copy of them.   I understand that upon finding a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.


_____        _____
Defendant                                 Date


_____        _____
U.S. Probation Officer                    Date

DEFENDANT:     ALEXANDER W. KAWLESKI
AO 245 B (Rev. 3/01)(N.H. Rev.)          CASE NUMBER:     0758 3:19CR00025-001                                              Judgment - Page 7

# CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total financial penalties in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $100.00 | $0.00 | $0.00 |
| 16 | $100.00 | | |
| **Total** | $200.00 | $0.00 | $0.00 |

It is adjudged that defendant is to pay a $100 criminal assessment penalty, per count of conviction for a total of $200, to the Clerk of Court for the Western District of Wisconsin immediately following sentencing.

Defendant does not have the means to pay a fine under § 5E1.2(c) without impairing his ability to support himself and his family upon release from custody.

A final order of forfeiture is granted for the property seized from defendant as reflected in the forfeiture order, in accordance with 18 U.S.C. § 2253.

# RESTITUTION

No restitution has been requested by either of the victims.

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order:

> (1) assessment;
> (2) restitution;
> (3) fine principal;
> (4) cost of prosecution;
> (5) interest;
> (6) penalties.

The total fine and other monetary penalties shall be due in full immediately unless otherwise stated elsewhere.

Unless the Court has expressly ordered otherwise in the special instructions above, if the judgment imposes a period of imprisonment, payment of monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of Court, unless otherwise directed by the Court, the probation officer, or the United States Attorney.

Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

In the event of a civil settlement between victim and defendant, defendant must provide evidence of such payments or settlement to the Court, U.S. Probation office, and U.S. Attorney's office so that defendant's account can be credited.

APPEAL, CLOSED, CUSTODY, JMM, SINGLE_DEFT,

# U.S. District Court
## Western District of Wisconsin (Madison)
## CRIMINAL DOCKET FOR CASE #: 3:19-cr-00025-jdp All Defendants

Case title: United States of America v. Kawleski, Alexander

Date Filed: 02/20/2019
Date Terminated: 02/02/2021

Assigned to: District Judge James D.
Peterson
Referred to: Magistrate Judge Stephen L.
Crocker

## Defendant (1)

**Alexander W. Kawleski**
*TERMINATED: 02/02/2021*

represented by **Joseph Aragorn Bugni**
Federal Defender Services
22 East Mifflin Street, Suite 1000
Madison, WI 53703
608-260-9900
Fax: 608-260-9901
Email: Joseph_Bugni@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Shelley M Fite**
Federal Defender Services of Wisconsin,
Inc.
22 East Mifflin Street, Suite 1000
Madison, WI 53703
608-260-9900
Fax: 608-260-9901
Email: shelley_fite@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

## Pending Counts

18:2251.F SEXUAL EXPLOITATION OF
CHILDREN
(1)

## Disposition

CBOP:CT. 1- 18 years, Ct. 16- 10 years to
run concurrent, 20 years S/R, $200 C/A

ECF Western District of Wisconsin　　　　　　　　https://ecf.wiwd.circ7.dcn/cgi-bin/DktRpt.pl?123492791158825-L_1_0-1

Case: 3:19-cr-00025-jdp　Document #: 113-3　Filed: 02/16/21　Page 2 of 13
Case: 21-1279　　Document: 1-1　　Filed: 02/16/2021　　Pages: 25

| | |
|---|---|
| 18:2251.F SEXUAL EXPLOITATION OF CHILDREN (1s) | CBOP:CT. 1- 18 years, Ct. 16- 10 years to run concurrent, 20 years S/R, $200 C/A |
| 18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO (16s) | CBOP:CT. 1- 18 years, Ct. 16- 10 years to run concurrent, 20 years S/R, $200 C/A |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

| | |
|---|---|
| 18:2251.F SEXUAL EXPLOITATION OF CHILDREN (2s-15s) | CBOP:CT. 1- 18 years, Ct. 16- 10 years to run concurrent, 20 years S/R, $200 C/A |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                          **Disposition**

None

---

**Plaintiff**

**United States of America**                  represented by **Elizabeth Altman**
United States Attorney's Office
222 West Washington Avenue
Suite 700
Madison, WI 53703
608-264-5158
Fax: 608-264-5054
Email: elizabeth.altman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government*

**Laura A. Przybylinski Finn**
United States Attorney's Office
222 West Washington Avenue
Suite 700
Madison, WI 53703
(608) 264-5158
Fax: (608) 264-5172
Email: laura.przybylinski@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

ECF Western District of Wisconsin                                   https://ecf.wiwd.circ7.dcn/cgi-bin/DktRpt.pl?123492791158825-L_1_0-1

Case: 3:19-cr-00025-jdp   Document #: 113-3   Filed: 02/16/21   Page 3 of 13
Case: 21-1279   Document: 1-1   Filed: 02/16/2021   Pages: 25
*Designation: Government*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2019 | 1 | INDICTMENT as to Alexander W. Kawleski (1) count 1, forfeiture allegation. (jat) (Entered: 02/21/2019) |
| 02/20/2019 | 2 | JS-45 Criminal Cover Sheet as to Alexander W. Kawleski. (jat) (Entered: 02/21/2019) |
| 02/21/2019 |  | Arrest of Alexander W. Kawleski. Case unsealed. (jat) (Entered: 02/21/2019) |
| 02/21/2019 |  | Arraignment/Initial Appearance set as to defendant Alexander W. Kawleski. Initial Appearance set for 2/21/2019 at 03:00 PM. (jat) (Entered: 02/21/2019) |
| 02/21/2019 | 4 | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Arraignment held on 2/21/2019: Not Guilty plea entered re: Alexander W. Kawleski (1) Count 1. [:03] (Court Reporter FTR.) (jat) (Entered: 02/21/2019) |
| 02/22/2019 |  | Hearing set re: defendant Alexander W. Kawleski. Telephone Scheduling Conference set for 2/28/2019 at 11:30 AM before Magistrate Judge Stephen L. Crocker. Counsel for Government responsible for setting up the call to chambers at (608) 264-5153. (jat) (Entered: 02/22/2019) |
| 02/22/2019 | 5 | Warrant Returned Executed as to Alexander W. Kawleski.(Sealed) (jat) (Entered: 02/22/2019) |
| 02/25/2019 | 6 | Notice of Attorney Appearance: Joseph Aragorn Bugni appearing for Alexander W. Kawleski. (Bugni, Joseph) (Entered: 02/25/2019) |
| 03/01/2019 | 7 | Scheduling Order as to Alexander W. Kawleski. Pretrial motions due 5/6/2019 by noon. Pretrial Motion Hearing set for 5/9/2019 at 11:00 AM. Final Pretrial Submissions due 6/26/2019. Final Pretrial Conference set for 6/28/2019 at 09:00 AM. Final Hearing set for 7/2/2019 at 03:00 PM. Jury Selection and Trial set for 7/8/2019 at 09:00 AM. Signed by Magistrate Judge Stephen L. Crocker on 2/28/19. (jat) (Entered: 03/01/2019) |
| 03/11/2019 | 8 | Government Discovery Letter by Elizabeth Altman on behalf of United States of America as to Alexander W. Kawleski. (Altman, Elizabeth) (Entered: 03/11/2019) |
| 03/29/2019 |  | Hearing set as to defendant Alexander W. Kawleski. Detention Hearing set for 4/4/2019 at 02:00 PM (cak) (Entered: 03/29/2019) |
| 04/03/2019 | 9 | Pretrial Services Report as to Alexander W. Kawleski (Sealed) (slg) (Entered: 04/03/2019) |
| 04/04/2019 | 10 | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Detention Hearing as to Alexander W. Kawleski held on 4/4/2019. Defendant detained. [:37] (Court Reporter FTR.) (jat) (Entered: 04/04/2019) |
| 04/17/2019 | 11 | Pretrial Services Report as to Alexander W. Kawleski (Sealed) (slg) (Entered: 04/17/2019) |
| 04/17/2019 |  | Hearing set as to defendant Alexander W. Kawleski. Detention Hearing set for 4/19/2019 at 11:00 AM. (jat) (Entered: 04/17/2019) |

| 04/19/2019 | 12 | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Detention Hearing as to Alexander W. Kawleski held on 4/19/2019. Defendant released on conditions. Decision appealed by the government. Release stayed pending appeal before District Judge William M. Conley. [:15] (Court Reporter FTR.) (kwf) (Entered: 04/19/2019) |
|---|---|---|
| 04/19/2019 | 13 | Minute Entry for proceedings held before District Judge William M. Conley: Hearing on Government's Appeal of Release Order as to Alexander W. Kawleski held on 4/19/2019. Release Order is affirmed. [:31] (Court Reporter FTR.) (jat) (Entered: 04/19/2019) |
| 04/19/2019 | 14 | ORDER Setting Conditions of Release re: Alexander W. Kawleski. (Sealed) Signed by Magistrate Judge Stephen L. Crocker on 4/19/19. (jat) Modified on 4/23/2019 (jat). Release Order not signed by 3rd Party Custodian. (Entered: 04/19/2019) |
| 04/19/2019 | 15 | ORDER Setting Conditions of Release - Redacted re: Alexander W. Kawleski. Signed by Magistrate Judge Stephen L. Crocker on 4/19/19. (jat) (Entered: 04/19/2019) |
| 04/19/2019 | 16 | ** TEXT ONLY ORDER **<br>Consistent with the court's ruling on the bench denying the government's appeal from order for release, this is to confirm that the defendant shall be released into the custody of his father, Valerian "Larry" Kawleski, under the terms and conditions set forth by Magistrate Judge Stephen L. Crocker, as amended on the record by the court today, but only after his father appears in person and signs the release order as the defendant's third-party custodian. Signed by District Judge William M. Conley on 4/19/19. (jat) (Entered: 04/19/2019) |
| 05/07/2019 | | Pretrial Motion Hearing converted to telephonic as to defendant Alexander W. Kawleski. Telephone Pretrial Motion Hearing set for 5/9/2019 at 11:00 AM before Magistrate Judge Stephen L. Crocker. Counsel for the Government is responsible for setting up the call to chambers at (608) 264-5153. (cak) (Entered: 05/07/2019) |
| 05/07/2019 | 17 | Letter stating no pretrial motions to be filed by Alexander W. Kawleski. (Bugni, Joseph) (Entered: 05/07/2019) |
| 05/13/2019 | 18 | Motion for Court to Examine the Proposed Third-Party Custodian by Alexander W. Kawleski. Motions referred to Magistrate Judge Stephen L. Crocker. (Bugni, Joseph) Modified on 5/13/2019. (lak) (Entered: 05/13/2019) |
| 05/14/2019 | 19 | ** TEXT ONLY ORDER **<br>The factual allegations in this case are alarming, the government's evidence borders on indisputable, the Bail Reform Act imposes a presumption of detention in CP production cases, and pretrial services has labeled defendant a "poor risk on pretrial release." Even so, on April 19, 2019, over the government's objection, this court entered a release order for defendant, noting that this case was a wobbler at best. But defendant had presented a tight plan that included as his custodian his father, Larry Kawleski, with whom defendant reported a strained relationship. The release plan imploded when Mr. Larry Kawleski backed out, having determined that he could not operate within the constraints imposed by the release order, and not wanting to forego a pre-paid vacation to Florida. *See* dkt. 18 . Having taken his vacation, Mr. Larry Kawleski decided that now he's okay with the plan and has signaled his current willingness to act as his son's custodian until trial in July. Because of this, defendant, by counsel, wants to be released on his original plan. But Mr. Larry |

ECF Western District of Wisconsin                                 https://ecf.wiwd.circ7.dcn/cgi-bin/DktRpt.pl?123492791158825-L_1_0-1

Case: 3:19-cr-00025-jdp   Document #: 113-3   Filed: 02/16/21   Page 5 of 13
Case: 21-1279    Document: 1-1    Filed: 02/16/2021    Pages: 25

|  |  | Kawleski's behavior has left both pretrial services and this court skeptical that he actually is an appropriate custodian. Defendant wants to persuade everyone that he is. The court will hold a hearing on May 21, 2019 at 10:00 at which defendant, the government and pretrial services can offer input on whether the court should, at this juncture, release defendant on his proposed conditions. Signed by Magistrate Judge Stephen L. Crocker on 5/14/19. (jat) (Entered: 05/14/2019) |
|---|---|---|
| 05/14/2019 |  | Hearing set as to defendant Alexander W. Kawleski. Release Hearing set for 5/21/2019 at 10:00 AM. (jat) (Entered: 05/14/2019) |
| 05/16/2019 | 20 | Pretrial Motion Hearing Order as to Alexander W. Kawleski. Signed by Magistrate Judge Stephen L. Crocker on 5/15/19. (jat) (Entered: 05/16/2019) |
| 05/21/2019 | 21 | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker:Release Hearing as to Alexander W. Kawleski held on 5/21/2019. [:17] (Court Reporter FTR.) (voc) (Entered: 05/21/2019) |
| 05/21/2019 | 22 | ** TEXT ONLY ORDER ** At the May 21, 2019 hearing on defendant's motion for examination of his proposed custodian, the court declined to release defendant on his re-submitted plan for reasons stated at the hearing. Signed by Magistrate Judge Stephen L. Crocker on 5/21/19. (jat) (Entered: 05/21/2019) |
| 05/24/2019 | 23 | Notice of Expert Testimony as to Alexander W. Kawleski. (Altman, Elizabeth) (Entered: 05/24/2019) |
| 06/11/2019 | 24 | Letter *Regarding Changed Circumstances* by Alexander W. Kawleski. (Bugni, Joseph) (Entered: 06/11/2019) |
| 06/20/2019 | 25 | Unopposed Motion to Reschedule Final Pretrial Conference by Alexander W. Kawleski. Motions referred to Magistrate Judge Stephen L. Crocker. (Bugni, Joseph) (Entered: 06/20/2019) |
| 06/20/2019 | 26 | ** TEXT ONLY ORDER ** In response to defendant's unopposed motion 25 , the final pretrial conference is moved to June 27, 2019 at 10:00 a.m. The parties' submission deadline is shortened to noon on June 26, 2019. Not later than June 24, the court will provide draft voir dire questions and jury instructions that include the two new charges the government intends to present to the grand jury (attempted manufacture and possession of child pornography). Signed by Magistrate Judge Stephen L. Crocker on 6/20/19. (jat) (Entered: 06/20/2019) |
| 06/24/2019 | 27 | ORDER Distributing Draft Voir Dire, Jury Instructions and Special Verdict Forms. Signed by Magistrate Judge Stephen L. Crocker on 6/24/19. (Attachments: # 1 Voir Dire, # 2 Introductory Jury Instructions, # 3 Post Trial Jury Instructions, # 4 Verdict Form) (jat) (Entered: 06/24/2019) |
| 06/25/2019 | 28 | Motion to Continue by United States of America as to Alexander W. Kawleski. Motions referred to Magistrate Judge Stephen L. Crocker. (Altman, Elizabeth) (Entered: 06/25/2019) |
| 06/25/2019 | 29 | ** TEXT ONLY ORDER ** The government's unopposed request to move the trial date (dkt. 28 ) is GRANTED. This is the new schedule: submissions for the final pretrial conference must be filed |

|  |  | not later than midnight on Sunday, June 30, 2019. The court does not plan to update its drafts before the final pretrial conference, which will be held July 2, 2019 at 9:30 a.m. The final hearing will be July 9, 2019 at 2:30 p.m. Jury selection and trial will begin July 15, 2019 at 9:00 a.m. Signed by Magistrate Judge Stephen L. Crocker on 6/25/19. (jat) (Entered: 06/25/2019) |
|---|---|---|
| 06/26/2019 | 30 | Motion for Extension of Time to File *Briefing* by Alexander W. Kawleski. Motions referred to Magistrate Judge Stephen L. Crocker. (Bugni, Joseph) (Entered: 06/26/2019) |
| 06/26/2019 | 31 | ** TEXT ONLY ORDER ** Defendant's motion to extend the submission deadline 30 is granted and then some: the new deadline for both sides is noon on Monday, July 1. Signed by Magistrate Judge Stephen L. Crocker on 6/26/19. (jat) (Entered: 06/26/2019) |
| 06/27/2019 | 32 | JS-45 Criminal Cover Sheet as to Alexander W. Kawleski. (jat) (Entered: 06/27/2019) |
| 06/27/2019 | 33 | SUPERSEDING INDICTMENT as to Alexander W. Kawleski (1) counts 1s-15s, 16s; forfeiture allegation. (jat) (Entered: 06/27/2019) |
| 07/01/2019 |  | Deadlines set as to defendant Alexander W. Kawleski. Final Pretrial Conference set for 7/2/2019 at 09:30 AM rescheduled to 09:15 AM. (cak) (Entered: 07/01/2019) |
| 07/01/2019 | 34 | Omnibus Trial Submission by Defendant Alexander W. Kawleski. (Bugni, Joseph) Modified on 7/2/2019. (lak) (Entered: 07/01/2019) |
| 07/01/2019 | 35 | Proposed Jury Instructions by United States of America as to Alexander W. Kawleski. (Altman, Elizabeth) (Entered: 07/01/2019) |
| 07/01/2019 | 36 | Proposed Voir Dire *(Changes)* by United States of America as to Alexander W. Kawleski. (Altman, Elizabeth) (Entered: 07/01/2019) |
| 07/01/2019 | 37 | Notice of Intent to Offer Evidence as to Alexander W. Kawleski. (Altman, Elizabeth) (Entered: 07/01/2019) |
| 07/02/2019 |  | Reset Jury Trial as to Alexander W. Kawleski: Jury Selection set for 7/15/2019 at 09:00 AM. Jury Trial set for 7/17/2019 at 08:30 AM. (jat) (Entered: 07/02/2019) |
| 07/02/2019 | 38 | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker:Final Pretrial Conference and Arraignment Hearing on Superseding Indictment as to Alexander W. Kawleski held on 7/2/2019 Trial predicted to last 1-2 days. 32 jurors will be called forward. 14 jurors will be empaneled. [:35] (Court Reporter FTR.) (voc) (Entered: 07/02/2019) |
| 07/02/2019 |  | Judge update in case as to Alexander W. Kawleski. Case now assigned to District Judge James D. Peterson. Case no longer assigned to District Judge William M. Conley. (jat) (Entered: 07/02/2019) |
| 07/02/2019 |  | Trial set as to defendant Alexander W. Kawleski. Final Hearing set for 7/10/2019 at 03:00 PM. Jury Selection and Trial set for 7/15/2019 at 09:00 AM. (jat) (Entered: 07/02/2019) |
| 07/08/2019 | 39 | Final Pretrial Conference Order. Signed by Magistrate Judge Stephen L. Crocker on 7/5/19. (Attachments: # 1 Voir Dire, # 2 Introductory Jury Instructions, |

ECF Western District of Wisconsin                    https://ecf.wiwd.circ7.dcn/cgi-bin/DktRpt.pl?123492791158825-L_1_0-1

Case: 3:19-cr-00025-jdp  Document #: 113-3  Filed: 02/16/21  Page 7 of 13
Case: 21-1279    Document: 1-1    Filed: 02/16/2021    Pages: 25

| | | |
|---|---|---|
| | | # 3 Post Trial Jury Instructions,<br># 4 Verdict Form) (jat) (Entered: 07/08/2019) |
| 07/08/2019 | 40 | Government Discovery Letter by Elizabeth Altman on behalf of United States of America as to Alexander W. Kawleski. (Altman, Elizabeth) (Entered: 07/08/2019) |
| 07/08/2019 | 41 | Trial Brief by United States of America as to Alexander W. Kawleski. (Altman, Elizabeth) (Entered: 07/08/2019) |
| 07/10/2019 | 42 | Government Discovery Letter by Elizabeth Altman on behalf of United States of America as to Alexander W. Kawleski. (Altman, Elizabeth) (Entered: 07/10/2019) |
| 07/11/2019 | 43 | Minute Entry for proceedings held before District Judge James D. Peterson: Final Hearing as to Alexander W. Kawleski (1) held on 7/10/2019. Trial to be held in Courtroom 250, final conference set for 7/15/2019 at 8:30 AM. [:48] (Court Reporter CS) (arw) (Entered: 07/11/2019) |
| 07/11/2019 | | Set Deadlines and Hearings as to Alexander W. Kawleski (1). Conference set for 7/15/2019 at 8:30 AM before District Judge James D. Peterson. (arw) (Entered: 07/11/2019) |
| 07/11/2019 | 44 | Government Discovery Letter by Elizabeth Altman on behalf of United States of America as to Alexander W. Kawleski. (Altman, Elizabeth) (Entered: 07/11/2019) |
| 07/11/2019 | 45 | Government Discovery Letter by Elizabeth Altman on behalf of United States of America as to Alexander W. Kawleski. (Altman, Elizabeth) (Entered: 07/11/2019) |
| 07/11/2019 | 46 | Witness List by United States of America as to Alexander W. Kawleski. (Ex Parte) (Altman, Elizabeth) (Entered: 07/11/2019) |
| 07/12/2019 | 47 | FINAL HEARING ORDER as to Alexander W. Kawleski. Signed by District Judge James D. Peterson on 7/12/19. (Attachments:<br># 1 Voir Dire,<br># 2 Introductory Jury Instructions,<br># 3 Post Trial Jury Instructions (Draft)) (jat) (Entered: 07/12/2019) |
| 07/12/2019 | 48 | Brief in Support by Alexander W. Kawleski. (Ex Parte) (Bugni, Joseph) (Entered: 07/12/2019) |
| 07/12/2019 | 49 | Government Discovery Letter by Elizabeth Altman on behalf of United States of America as to Alexander W. Kawleski. (Altman, Elizabeth) (Entered: 07/12/2019) |
| 07/15/2019 | | Set/Reset Trial Date as to defendant Alexander W. Kawleski.: 2nd Day Jury Trial set for 7/16/2019 at 08:30 AM. (voc) (Entered: 07/15/2019) |
| 07/15/2019 | | Attorney Laura A. Przybylinski Finn added for the United States of America. (arw) (Entered: 07/15/2019) |
| 07/15/2019 | 50 | Minute Entry for proceedings held before District Judge James D. Peterson: Jury Selection and First Day of Trial as to Alexander W. Kawleski (1) held on 7/15/2019. Evidence entered, trial continues. [6:04] (Court Reporters CS, JD) (arw) (Entered: 07/15/2019) |
| 07/17/2019 | 51 | Minute Entry for proceedings held before District Judge James D. Peterson: Second Day of Jury Trial as to Alexander W. Kawleski (1) held on 7/16/2019. Defendant found guilty as to count(s) 1s-16s. [3:55] (Court Reporter JD) (arw) (Entered: 07/17/2019) |

ECF Western District of Wisconsin                    https://ecf.wiwd.circ7.dcn/cgi-bin/DktRpt.pl?123492791158825-L_1_0-1

Case: 3:19-cr-00025-jdp   Document #: 113-3   Filed: 02/16/21   Page 8 of 13
Case: 21-1279    Document: 1-1    Filed: 02/16/2021    Pages: 25

| 07/17/2019 | 52 | Jury Verdict as to Alexander W. Kawleski (1): Guilty on Counts 1s-16s. Presentence Report due 9/20/2019. Objections to PSR due 10/7/2019. Sentencing set for 11/25/2019 at 10:00 AM. (arw) (Entered: 07/17/2019) |
| 07/17/2019 | 53 | Voir Dire as to Alexander W. Kawleski (1). (arw) (Entered: 07/17/2019) |
| 07/17/2019 | 54 | Introductory Jury Instructions as to Alexander W. Kawleski (1). (arw) (Entered: 07/17/2019) |
| 07/17/2019 | 55 | Post-Trial Jury Instructions as to Alexander W. Kawleski (1). (arw) (Entered: 07/17/2019) |
| 07/22/2019 | 56 | Transcript of First Day Jury Trial (Afternoon Session), held 7/15/19 as to Alexander W. Kawleski before Judge James D. Peterson. Court Reporter: JD. Please review the court's new policy regarding electronic transcripts of court proceedings: see Electronic Transcript Instructions. (jat) (Entered: 07/22/2019) |
| 07/22/2019 | 57 | Transcript of Second Day Jury Trial, held 7/16/19 as to Alexander W. Kawleski before Judge James D. Peterson. Court Reporter: JD. Please review the court's new policy regarding electronic transcripts of court proceedings: see Electronic Transcript Instructions. (jat) (Entered: 07/22/2019) |
| 08/20/2019 | 58 | Motion for Judgment of Acquittal by Alexander W. Kawleski. Motions referred to Magistrate Judge Stephen L. Crocker. (Bugni, Joseph) Modified on 5/22/2020. (arw) (Entered: 08/20/2019) |
| 08/21/2019 | | Set Deadlines re Motion in case as to Alexander W. Kawleski: 58 Motion for Rule 29 Brief. Brief in Opposition due 9/3/2019. (jat) (Entered: 08/21/2019) |
| 09/03/2019 | 59 | Brief in Opposition by United States of America as to Alexander W. Kawleski re: 58 Motion for Rule 29 Brief. (Przybylinski Finn, Laura) (Entered: 09/03/2019) |
| 09/20/2019 | 60 | PRESENTENCE INVESTIGATION REPORT as to Alexander W. Kawleski (Sealed) (ccn) (Entered: 09/20/2019) |
| 09/25/2019 | 61 | Government Discovery Letter by Elizabeth Altman on behalf of United States of America as to Alexander W. Kawleski. (Altman, Elizabeth) (Entered: 09/25/2019) |
| 10/04/2019 | 62 | Unopposed Motion to Continue by Alexander W. Kawleski. Motions referred to Magistrate Judge Stephen L. Crocker. (Bugni, Joseph) (Entered: 10/04/2019) |
| 10/04/2019 | 63 | ** TEXT ONLY ORDER ** ORDER granting 62 Motion to Continue by Alexander W. Kawleski (1). Sentencing converted to Telephone Status Conference on 11/25/2019 at 10:00 AM. Counsel for the Government responsible for setting up the call to chambers at (608) 264-5504. Signed by District Judge James D. Peterson on 10/4/2019. (arw) (Entered: 10/04/2019) |
| 10/16/2019 | 64 | Notice of Attorney Appearance: Shelley M Fite appearing for Alexander W. Kawleski. (Fite, Shelley) Modified on 10/17/2019. (lak) (Entered: 10/16/2019) |
| 11/22/2019 | 65 | Unopposed Motion to Reschedule *Monday's Hearing* by Alexander W. Kawleski. Motions referred to Magistrate Judge Stephen L. Crocker. (Bugni, Joseph) Modified on 11/25/2019. (lak) (Entered: 11/22/2019) |
| 11/25/2019 | | Hearing reset re: defendant Alexander W. Kawleski. Telephone Status Conference set for 11/25/2019 at 02:00 PM before Judge James D. Peterson. Counsel for |

ECF Western District of Wisconsin                                    https://ecf.wiwd.circ7.dcn/cgi-bin/DktRpt.pl?123492791158825-L_1_0-1

Case: 3:19-cr-00025-jdp   Document #: 113-3   Filed: 02/16/21   Page 9 of 13
Case: 21-1279    Document: 1-1    Filed: 02/16/2021    Pages: 25

| | | |
|---|---|---|
| | | Government responsible for setting up the call to chambers at (608) 264-5504. (rks) (Entered: 11/25/2019) |
| 11/25/2019 | | Minute Entry for proceedings held before District Judge James D. Peterson:Telephone Status Conference as to Alexander W. Kawleski held on 11/25/2019 [:05] (skv) (Entered: 11/25/2019) |
| 11/25/2019 | 66 | ** TEXT ONLY ORDER ** The defendant's motion for a new trial is due on December 18, 2019. The government may have until January 22, 2020 to file a brief in opposition. The defendant may have until February 7, 2020 to file a brief in reply. Signed by District Judge James D. Peterson on 11/25/2019. (rks) (Entered: 11/25/2019) |
| 12/16/2019 | 67 | Unopposed Motion for Extension of Time to File *a Brief* by Alexander W. Kawleski. Motions referred to Magistrate Judge Stephen L. Crocker. (Bugni, Joseph) (Entered: 12/16/2019) |
| 12/16/2019 | 68 | ** TEXT ONLY ORDER ** ORDER granting 67 Motion for Extension of Time to File *a Brief* as to Alexander W. Kawleski (1). Signed by Magistrate Judge Stephen L. Crocker on 12/16/2019. (rks) (Entered: 12/16/2019) |
| 01/15/2020 | 69 | Motion for Extension of Time to File *the Brief* by Alexander W. Kawleski. Motions referred to Magistrate Judge Stephen L. Crocker. (Bugni, Joseph) Modified on 1/16/2020. (lak) (Entered: 01/15/2020) |
| 01/16/2020 | 70 | ** TEXT ONLY ORDER ** ORDER granting 69 Motion for Extension of Time to File as to Alexander W. Kawleski (1). Signed by Magistrate Judge Stephen L. Crocker on 01/16/2020. (rks) (Entered: 01/16/2020) |
| 01/17/2020 | 71 | Motion for New Trial by Alexander W. Kawleski re: 58 Motion for Rule 29 Brief, (Attachments: # 1 Exhibit A - Unredacted Wis. Rapids Police Report, # 2 Exhibit B - Summary of Cecil Interview, # 3 Exhibit C - Investigative Memo, # 4 Exhibit D - Wis. Rapids Offense Report) (Bugni, Joseph) Modified on 5/22/2020. (arw) (Entered: 01/17/2020) |
| 02/18/2020 | 72 | Brief in Opposition by United States of America as to Alexander W. Kawleski re: 71 Motion for New Trial *Pursuant to Rule 33.* (Przybylinski Finn, Laura) (Entered: 02/18/2020) |
| 03/02/2020 | 73 | Brief in Reply by Alexander W. Kawleski re: 71 Motion for New Trial (Bugni, Joseph) (Entered: 03/02/2020) |
| 05/22/2020 | 74 | ORDER granting in part and denying in part 58 Motion for Judgment of Acquittal; denying without prejudice 71 Motion for New Trial and granting request for an evidentiary hearing as to Alexander W. Kawleski (1). The court will hold a video conference on Thursday, May 28, at 2:00 p.m. to discuss with the parties the date and format of the hearing. Signed by District Judge James D. Peterson on 5/22/2020. (rks) (Entered: 05/22/2020) |
| 05/22/2020 | | Status Conference set as to Defendant Alexander W. Kawleski for 5/28/2020 at 02:00 PM by Zoom video conference. (rks) (Entered: 05/22/2020) |

| 05/22/2020 | 75 | ** TEXT ONLY ORDER ** <br> The court will hold a Status Conference for Alexander W. Kawleski on May 28, 2020 by Zoom video conference. The court will send invitations by email to counsel. If the defendant is unable to appear by video, the defendant may appear by telephone. All participants are reminded that video or audio recordings of the proceedings are strictly prohibited. Full guidelines governing access to court hearings can be found here. A guide to participating in Zoom video hearings can be found here. Signed by District Judge James D. Peterson on 05/22/2020. (rks) (Entered: 05/22/2020) |
|---|---|---|
| 05/28/2020 | 76 | Letter *Updating the Court* by Alexander W. Kawleski. (Bugni, Joseph) (Entered: 05/28/2020) |
| 05/28/2020 |  | Notice to Counsel: The Status Conference set for May 28, 2020 is canceled. (rks) (Entered: 05/28/2020) |
| 05/28/2020 |  | Hearing set re: defendant Alexander W. Kawleski. Status Conference rescheduled for 6/9/2020 at 10:00 AM via Zoom video conference. (rks) (Entered: 05/28/2020) |
| 06/08/2020 | 77 | Letter *Regarding Status* by Alexander W. Kawleski. (Bugni, Joseph) (Entered: 06/08/2020) |
| 06/08/2020 | 78 | ** TEXT ONLY ORDER ** <br> ORDER granting 77 Joint Request to Reschedule to In-Person Hearing in October. Signed by District Judge James D. Peterson on 6/8/2020. (kwf) (Entered: 06/08/2020) |
| 07/29/2020 | 79 | Government Discovery Letter *for Supplemental Discovery* by Elizabeth Altman on behalf of United States of America as to Alexander W. Kawleski (Altman, Elizabeth) (Entered: 07/29/2020) |
| 10/16/2020 | 80 | Motion for Reconsideration by United States of America as to Alexander W. Kawleski. Motions referred to Magistrate Judge Stephen L. Crocker. (Attachments: # 1 Exhibit Apple Examination Report, # 2 Exhibit iMac Report) (Altman, Elizabeth) (Entered: 10/16/2020) |
| 10/16/2020 |  | Set Briefing Deadlines re: 80 Motion for Reconsideration by United States of America. Brief in Opposition due 10/26/2020. (arw/skv) (Entered: 10/16/2020) |
| 10/24/2020 | 81 | Motion for Extension of Time to File *to respond to the motion for reconsideration* Related document: Set Briefing Deadlines by Alexander W. Kawleski. Motions referred to Magistrate Judge Stephen L. Crocker. (Bugni, Joseph) (Entered: 10/24/2020) |
| 10/26/2020 | 82 | ** TEXT ONLY ORDER ** <br> ORDER granting 81 Motion for Extension of Time to File as to Alexander W. Kawleski (1). Brief in Opposition due 10/30/2020. Signed by District Judge James D. Peterson on 10/26/2020. (rks) (Entered: 10/26/2020) |
| 10/30/2020 | 83 | Brief in Opposition to 80 Government's Motion for Reconsideration and Request for Evidentiary Hearing by Alexander W. Kawleski. (Bugni, Joseph) Modified on 11/1/2020 (jls). (Entered: 10/30/2020) |
| 11/02/2020 | 84 | ** TEXT ONLY ORDER ** <br> The government moves for reconsideration of the court's decision to hold an evidentiary hearing on defendant's motion for a new trial. The government says that |

ECF Western District of Wisconsin                                    https://ecf.wiwd.circ7.dcn/cgi-bin/DktRpt.pl?123492791158825-L_1_0-1

Case: 3:19-cr-00025-jdp   Document #: 113-3   Filed: 02/16/21   Page 11 of 13
Case: 21-1279     Document: 1-1     Filed: 02/16/2021     Pages: 25

| | | |
|---|---|---|
| | | defendant's motion rested primarily on the possibility that Tracey Brown had copied the charged images from an Apple Tower computer to the flash drive where the images were later found. A forensic analysis of that computer did not uncover any child pornography, so the government says there is no longer any basis for holding an evidentiary hearing. Defendant denies that the Apple Tower computer is important to his motion, but he doesn't clearly articulate what other admissible evidence he could present at a hearing that would show that he would "probably" be acquitted if he were retried, which is the relevant standard. *See United States v. O'Malley*, 833 F.3d 810, 813 (7th Cir. 2016). Before I rule on the motion for reconsideration, I will hold a video conference on November 10, 2020, at 11:00 a.m. to give defendant an opportunity to identify what evidence he intends to introduce at the hearing that would satisfy the standard for granting a new trial. Signed by District Judge James D. Peterson on 11/2/2020. (jls) (Entered: 11/02/2020) |
| 11/02/2020 | 85 | ** TEXT ONLY ORDER ** <br> The court will hold a status conference for Alexander W. Kawleski on 11/10/2020 at 11:00 am by Zoom video conference. The court will send invitations by email to counsel. If the defendant is unable to appear by video, the defendant may appear by telephone. All participants are reminded that video or audio recordings of the proceedings are strictly prohibited. Full guidelines governing access to court hearings can be found here. A guide to participating in Zoom video hearings can be found here. Public access to the video stream is available on YouTube. Signed by District Judge James D. Peterson on 11/2/2020. (jls) (Entered: 11/02/2020) |
| 11/09/2020 | 86 | Motion to Continue *tomorrow's hearing* by Alexander W. Kawleski. Motions referred to Magistrate Judge Stephen L. Crocker. (Attachments: # 1 Exhibit A motion drafted but not filed) (Bugni, Joseph) (Entered: 11/09/2020) |
| 11/09/2020 | 87 | ** TEXT ONLY ORDER ** <br> Defense counsel has asked to reschedule the hearing scheduled for tomorrow, November 10, 2020. Dkt. 86 . The motion is granted. I am skeptical that anything from the PNY card would justify a new trial, but I will give the defense the opportunity to examine it. The parties should arrange for the examination and inform the court when they will be ready for a hearing on the motion for reconsideration. Signed by District Judge James D. Peterson on 11/9/2020. (rks) (Entered: 11/09/2020) |
| 12/07/2020 | 88 | Motion for Hearing *Video Hearing* by Alexander W. Kawleski. Motions referred to Magistrate Judge Stephen L. Crocker. (Bugni, Joseph) (Entered: 12/07/2020) |
| 12/07/2020 | | Hearing set as to defendant Alexander W. Kawleski. Evidentiary Hearing set for 12/16/2020 at 01:00 PM by Zoom video conference. (rks) (Entered: 12/07/2020) |
| 12/07/2020 | 89 | ** TEXT ONLY ORDER ** <br> The court will hold a Evidentiary Hearing for Alexander W. Kawleski on December 16, 2020 by Zoom video conference. The court will send invitations by email to counsel. A waiver of personal appearance for the defendant is due by December 11, 2020. If the defendant is unable to appear by video, the defendant may appear by telephone. All participants are reminded that video or audio recordings of the proceedings are strictly prohibited. Full guidelines governing access to court hearings can be found here. A guide to participating in Zoom video hearings can be found here. Public access to the video stream is available on YouTube. Signed by District Judge James D. Peterson on 12/7/2020. (rks) (Entered: 12/07/2020) |

| 12/15/2020 | 90 | Letter *concerning the defense's proffer at the evidentiary hearing* by Alexander W. Kawleski. (Bugni, Joseph) (Entered: 12/15/2020) |
|---|---|---|
| 12/16/2020 | 91 | Minute Entry for proceedings held before District Judge James D. Peterson: Evidentiary Hearing as to Alexander W. Kawleski held on 12/16/2020. [:37] (Court Reporter JLD.) (jls) (Entered: 12/16/2020) |
| 12/17/2020 |  | Sentencing set as to defendant Alexander W. Kawleski. Objections to PSR due 12/23/2020. Addendum and Revised Presentence Report due 1/12/2021. Sentencing set for 1/14/2021 at 01:00 PM by Zoom video conference. (rks/sv) (Entered: 12/17/2020) |
| 12/17/2020 | 92 | ** TEXT ONLY ORDER ** The court will hold a Sentencing for Alexander W. Kawleski on January 14, 2021 by Zoom video conference. The court will send invitations by email to counsel. A waiver of personal appearance for the defendant is due by January 8, 2021. If the defendant is unable to appear by video, the defendant may appear by telephone. All participants are reminded that video or audio recordings of the proceedings are strictly prohibited. Full guidelines governing access to court hearings can be found here. A guide to participating in Zoom video hearings can be found here. Public access to the video stream is available on YouTube. Signed by District Judge James D. Peterson on 12/17/2020. (rks) (Entered: 12/17/2020) |
| 12/18/2020 | 93 | ORDER granting 80 Motion for Reconsideration filed by United States of America as to Alexander W. Kawleski (1). Signed by District Judge James D. Peterson on 12/18/2020. (rks) (Entered: 12/18/2020) |
| 12/23/2020 | 94 | Objection to 60 Presentence Investigation Report by Alexander W. Kawleski (Sealed) (Bugni, Joseph) (Entered: 12/23/2020) |
| 12/28/2020 | 95 | Objection to 60 Presentence Investigation Report by Alexander W. Kawleski (Sealed) (Przybylinski Finn, Laura) (Entered: 12/28/2020) |
| 01/08/2021 | 96 | Motion to Reschedule Sentencing by Alexander W. Kawleski. Motions referred to Magistrate Judge Stephen L. Crocker. (Bugni, Joseph) (Entered: 01/08/2021) |
| 01/08/2021 | 97 | ** TEXT ONLY ORDER ** The motion to reschedule the sentencing, Dkt. 96 , is granted. The sentencing will be held at 1:30 p.m. on January 28, 2021. Signed by District Judge James D. Peterson on 1/8/2021. (rks) (Entered: 01/08/2021) |
| 01/19/2021 | 98 | REVISED PRESENTENCE INVESTIGATION REPORT as to Alexander W. Kawleski (Sealed) (maw) (Entered: 01/19/2021) |
| 01/19/2021 | 99 | Addendum to 98 Presentence Investigation Report as to Alexander W. Kawleski (Sealed) (maw) (Entered: 01/19/2021) |
| 01/26/2021 | 101 | Sentencing Memorandum by Alexander W. Kawleski (Attachments: # 1 Exhibit Letters in Support) (Bugni, Joseph) (Entered: 01/26/2021) |
| 01/26/2021 | 102 | Sentencing Memorandum by United States of America as to Alexander W. Kawleski (Altman, Elizabeth) (Entered: 01/26/2021) |
| 01/26/2021 | 103 | Motion for Support of Objections to Presentence Report by Alexander W. Kawleski. Motions referred to Magistrate Judge Stephen L. Crocker. (Bugni, Joseph) (Entered: 01/26/2021) |

ECF Western District of Wisconsin                                    https://ecf.wiwd.circ7.dcn/cgi-bin/DktRpt.pl?123492791158825-L_1_0-1

Case: 3:19-cr-00025-jdp   Document #: 113-3   Filed: 02/16/21   Page 13 of 13
Case: 21-1279     Document: 1-1     Filed: 02/16/2021     Pages: 25

| 01/27/2021 | 104 | Letter(s) in Support of Sentencing as to Alexander W. Kawleski. (Attachments: # 1 Exhibit Letter in Support) (Bugni, Joseph) (Entered: 01/27/2021) |
| 01/28/2021 | 105 | Minute Entry for proceedings held before District Judge James D. Peterson:Sentencing held on 1/28/2021 for Alexander W. Kawleski (1), CBOP: CT. 1- 18 years, Ct. 16- 10 years to run concurrent, 20 years S/R, $200 C/A. [1:17] (Court Reporter CS.) (voc) (Entered: 01/28/2021) |
| 02/01/2021 | 106 | Motion for Forfeiture of Property *Preliminary* by United States of America as to Alexander W. Kawleski. (Attachments: # 1 Text of Proposed Order) (Altman, Elizabeth) (Entered: 02/01/2021) |
| 02/02/2021 | 107 | ORDER granting 106 Motion for Forfeiture of Property as to Alexander W. Kawleski (1). Signed by District Judge James D. Peterson on 2/2/2021. (rks) (Entered: 02/02/2021) |
| 02/02/2021 | 108 | JUDGMENT AND COMMITMENT as to Alexander W. Kawleski (1), Count(s) 16s, 1s, CBOP:CT. 1- 18 years, Ct. 16- 10 years to run concurrent, 20 years S/R, $200 C/A. (Sealed Document) Signed by District Judge James D. Peterson on 2/2/2021. (rks) (Entered: 02/02/2021) |
| 02/02/2021 | 109 | JUDGMENT AND COMMITMENT - Redacted re: Alexander W. Kawleski. Signed by District Judge James D. Peterson on 2/2/2021. (rks) (Entered: 02/02/2021) |
| 02/02/2021 | 110 | Statement of Reasons as to Alexander W. Kawleski. (Sealed) (rks) (Entered: 02/02/2021) |
| 02/16/2021 | 111 | NOTICE OF APPEAL by Alexander W. Kawleski. In forma pauperis previously granted. Docketing Statement filed. (Attachments: # 1 Docketing Statement) (Bugni, Joseph) (Entered: 02/16/2021) |
| 02/16/2021 | 112 | Appeal Information Packet. (lak) (Entered: 02/16/2021) |